Donald C. **HUTCHINS**, Plaintiff, Appellant,

v.

**AMERICAN ARBITRATION ASSOCIATION**, Defendant, Appellee.

No. 04–1167.

United States Court of Appeals, First Circuit.

Sept. 14, 2004.

Donald C. Hutchins on brief pro se.

John M. Simon, with whom Kay H. Hodge and Stoneman, Chandler & Miller LLP were on brief, for appellee.

Before SELYA, Circuit Judge, STAHL, Senior Circuit Judge, and LYNCH, Circuit Judge.

---

PER CURIAM.

After carefully considering the briefs and record on appeal, we affirm for substantially the reasons stated by the district court. The appellant fails to show that the negligence claim was not properly dismissed on the ground of arbitral immunity. *New England Cleaning Servs., Inc. v. American Arbitration Ass'n,* 199 F.3d 542 (1st Cir.1999).

*Affirmed.*

1st Cir. Rule 27(c).